**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| HARSILA RADU, individually and as representative for the class of similarly situated persons, | Case No. No. 2:14-cv-00653-RSM |
| Plaintiff, | ORDER TERMINATING CASE PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

THIS MATTER comes before the Court on Plaintiff's Notice of Voluntary Dismissal. Dkt. # 6. On May 2, 2014, Defendant Allstate Fire & Casualty Insurance Company removed this action from state court under this Court's diversity and supplemental jurisdiction, 28 U.S.C. §§ 1332(a) and 1367, and pursuant to the Class Action Fairness Act, 28 U.S.C. § 1332(d). Dkt. # 1. Defendant subsequently moved to dismiss the lawsuit in its entirety for failure to state a claim, or, alternatively, to strike class action allegations. Dkt. # 4. With Defendant's Motion pending, Plaintiff Harsila Radu filed the instant Notice of Voluntary Dismissal on May 12, 2014.

A plaintiff may voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. FRCP 41(a)(1)(A)(i). Voluntary dismissal pursuant to FRCP 41(a)(1)(A)(i) requires no action on the part of the court and divests the court of jurisdiction over the dismissed claims upon the filing of notice. *See U.S. v. Real Property Located at 475 Martin Lane, Beverly Hills, CA*, 545 F.3d

ORDER TERMINATING CASE PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL - 1

1134, 1145 (9th Cir. 2008) ("Once the notice of dismissal has been filed, the district court loses jurisdiction over the dismissed claims and may not address the merits of such claims or issue further orders pertaining to them.") (internal quotation and citation omitted). Courts construe the language of this Rule strictly: "if the defendant has not served an answer or a motion for summary judgment, the plaintiff may voluntarily dismiss the suit without interference from the district court." *American Soccer Co., Inc. v. Score First Enterprises, a Div. of Kevlar Industries*, 187 F.3d 1108, 1112 (9th Cir. 1999). Filing of a motion to dismiss does not defeat a plaintiff's right to voluntarily dismiss her suit without prejudice. *See, e.g., Manze v. State Farm Ins. Co.*, 817 F.2d 1062, 1066 ("Only an answer or a summary judgment motion can extinguish a plaintiff's right to dismiss the complaint without prejudice."); *Carter v. U.S.*, 547 F.2d 258 (5th Cir. 1977).

Defendant has not filed an answer in the instant action either prior to or following removal. *See* Dkt. # 1, Ex. C. Nor has Defendant filed a motion for summary judgment in this proceeding. Voluntary dismissal pursuant to Rule 41(a)(1)(A)(i), without prejudice and without award of fees or costs, is therefore effective. Accordingly, the Court instructs the Clerk to TERMINATE this proceeding and all pending Motions.

Dated this 21 day of May 2014.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

---